IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEBORAH HINES, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-147 (MTT) |
| Dr. NAZAIRE and Warden BELINDA DAVIS, | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 8). After reviewing the complaint pursuant to 28 U.S.C. § 1915A, the Magistrate Judge recommends that the Plaintiff's claim against Dr. Nazaire be allowed to go forward but that Warden Belinda Davis be dismissed from this action because the Plaintiff has failed to state a claim against her.[1] The Plaintiff has not objected to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, Warden Davis is **DISMISSED** from this action. The Plaintiff is allowed to go forward with her claim against Dr. Nazaire.

---

[1] The only thing the complaint says about Warden Davis is that she noticed the Plaintiff was losing weight and said she would talk to the medical staff but never did. (Doc. 1 at 4).

-2-

**SO ORDERED,** this 29th day of July, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
