IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DEBORAH HINES,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:14-cv-147 (MTT) |
| **BILLY NICHOLS,** *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Magistrate Judge Charles H. Weigle recommends denying the Plaintiff's motion for a Temporary Restraining Order. (Doc. 90). The Plaintiff moved to enjoin unnamed staff members at Arrendale State Prison. (Doc. 88). However, Arrendale State Prison staff members are not parties to this lawsuit, which arises out of events occurring at Pulaski State Prison, and the Court lacks jurisdiction to enter a restraining order or injunction against them. (Doc. 90 at 3). The Plaintiff has not objected to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order if this Court. Accordingly, the Plaintiff's Motion for a Temporary Restraining Order is **DENIED**. (Doc. 88).

**SO ORDERED**, this 21st day of June, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT